IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KYREE HARRIS, | § | |
| | § | No. 399, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. N1612004858 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 14, 2018
Decided: August 20, 2018

## ORDER

On August 1, 2018, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed.[1] The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The appellant filed the notice of appeal from his June 20, 2018 sentencing for a violation of probation on July 31, 2018. Under Supreme Court Rule 6(a)(iii), the notice of appeal was due within thirty days after the violation of probation sentence was imposed.